Form 12

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. JULIO P. RODRIGUEZ                                    Docket No. 3:02CR00172(AWT)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW,** Kim J. Cerullo, SUPERVISING PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JULIO P. RODRIGUEZ who was sentenced to one day of incarceration for a violation of 18 U.S.C.§§ 1344 & 2, Bank Fraud by the Honorable Alvin W. Thompson, sitting in the court in Hartford, Connecticut, on March 18, 2003, and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special conditions and terms as follows: 1)The defendant shall authorize release to the U.S. Probation Office on a quarterly basis of any and all financial information/records including state and federal income tax returns, by execution of a release of financial information form, or by any other appropriate means, as directed by the probation officer; 2) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, approved by the United States Probation Office which may include drug testing to determine if the defendant has used drugs or alcohol; 3) The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in the amount of $54,305.70 at a rate of $100 per month, to be paid by the 15th of the month, the balance to be paid by the end of his term of supervision; and, 4) The defendant shall be placed on home confinement for a period of ten months. Julio P. Rodriguez began supervision on March 21, 2003 and is scheduled to complete supervision on March 20, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1- Mandatory Condition:** " You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance." On January 22, 2005, the East Windsor Police Department arrested Mr. Rodriguez and charged him with Forgery 2nd Degree, and Larceny 4. On March 7, 2005, the East Windsor Police Department arrested Mr. Rodriguez on new charges for Forgery 2nd Degree, and Larceny 4. Mr. Rodriguez failed to appear for his Court hearing at Enfield Superior Court on March 23, 2005 and a re-arrest was ordered. Once Julio Rodriguez is re-arrested, he is to be charged with Failure to Appear. On June 9, 2005, Vernon Police Department were granted a warrant charging Mr. Rodriguez for Larceny 5, Conspiracy & Forgery 2nd Degree.

**Charge No. 2- Standard Condition:** "You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer." Mr. Rodriguez failed to report either of the above-stated arrests as directed.

**Charge No. 3 - Standard Condition:** "You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." Mr. Rodriguez has not reported in person since February 8, 2005. He called on April 14, 2005 and was scheduled to report on April 28, 2005.

**Charge No. 4 - Special Condition:** - "The defendant shall pay restitution in the amount of $54,305.70 at a rate of $100 per month on the 15th of each month." Mr. Rodriguez paid restitution regularly until November 2004. He is in the arrears by $700.

**Charge No. 5 - Standard Condition:** - "You shall notify the probation officer ten days prior to any change in residence or employment." Law enforcement officers have advised that they believe that he is in New York City. Julio Rodriguez' whereabouts have been unknown and he is an absconder from supervision. Attempts to contact Mr. Rodriguez have been unsuccessful.

**PRAYING THAT THE COURT WILL ORDER** a warrant be issued with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 5th day of July, 2005, and ordered filed and made a part of the records in the above case.

_____
The Honorable Alvin W. Thompson
United States District Judge

Sworn to By

_Kim J. Cerullo_
Kim J. Cerullo
Supervising United States Probation Officer

Place Hartford, Connecticut

Date July 5, 2005

Before me, Supervising U. S. Probation Officer Kim J. Cerullo, this 5th day of July, 2005 at Hartford, appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Alvin W. Thompson
United States District Judge