UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

United States of America

v.                                              CASE NUMBER: 3:04cr172 AWT

Julio Rodriguez

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:** Luis Santiago

July 19, 2005
**Date**                                         **Signature**

ct00016                                          Richard S. Cramer
**Federal Bar Number**                           **Name**

(860) 257-3500                                   449 Silas Deane Highway
**Telephone Number**                             **Address**

(860) 257-3498                                   Wethersfield, CT 06109
**Fax Number**

cramer@snet.net
**E-mail Address**

CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Deborah Slater
Assistant U. S. Attorney
450 Main Street
Hartford, CT 06103

**Signature**