UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:02CR172 (AWT) |
| JULIO RODRIGUEZ | : | OCTOBER 6, 2005 |

## MOTION FOR IMMEDIATE REVOCATION HEARING

1. On March 18, 2003, the defendant was sentenced to a term of one day in prison and a period of supervised release of five years.

2. On July 5, 2005, a warrant was issued for the defendant's arrest alleging that he violated the terms of supervised release and seeking revocation of supervised release.

3. On July 7, 2005, the defendant was presented before U. S. Magistrate Judge Donna F. Martinez, and he was ordered detained pending a final revocation hearing.

4. Defendant has been continually in federal custody since the date of his presentment.

5. Fed. R. Cr. P. 32.1(b)(2) requires the court to hold a revocation hearing within a "reasonable time". Id. More than three months has expired since the defendant's initial detention and a revocation hearing has neither been held or scheduled.

WHEREFORE, the defendant requests that he immediately be brought before

this Court and a revocation hearing be held.

                                        Respectfully submitted,

                                        DEFENDANT, JULIO RODRIGUEZ

                                        By:_____
                                              Richard S. Cramer
                                              449 Silas Deane Highway
                                              Wethersfield, CT 06109
                                              Tel. (860) 257-3500
                                              Federal Bar No. ct 00016
                                              Email: cramer@snet.net

## **CERTIFICATION**

     THIS IS TO CERTIFY that a copy of the foregoing was mailed postage prepaid this 6th day of OCTOBER 2005 to:

| | |
|---|---|
| Deborah Slater | Bunita Keyes |
| Assistant U. S. Attorney | U. S. Probation Office |
| 450 Main Street | 450 Main Street |
| Hartford, CT 06103 | Hartford, CT 06103 |

                                              _____
                                              Richard S. Cramer