GRANTED. A hearing has been scheduled for October 14, 2005 at 3:30 p.m. However, the court notes that a hearing had been scheduled for July 15, 2005. The parties concluded that the hearing should be continued due to the complication created by multiple underlying state court proceedings for which initial appearances were not expected until August through October. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 10/14/05

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :

VS. : NO. 3:02CR172 (AWT)

JULIO RODRIGUEZ : OCTOBER 6, 2005

## MOTION FOR IMMEDIATE REVOCATION HEARING

1. On March 18, 2003, the defendant was sentenced to a term of one day in prison and a period of supervised release of five years.

2. On July 5, 2005, a warrant was issued for the defendant's arrest alleging that he violated the terms of supervised release and seeking revocation of supervised release.

3. On July 7, 2005, the defendant was presented before U. S. Magistrate Judge Donna F. Martinez, and he was ordered detained pending a final revocation hearing.

4. Defendant has been continually in federal custody since the date of his presentment.

5. Fed. R. Cr. P. 32.1(b)(2) requires the court to hold a revocation hearing within a "reasonable time". Id. More than three months has expired since the defendant's initial detention and a revocation hearing has neither been held or scheduled.

WHEREFORE, the defendant requests that he immediately be brought before